JS-6

FILED
CLERK, U.S. DISTRICT COURT
1/13/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: CW      DEPUTY

NOTE CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN VASQUEZ,<br><br>      Plaintiff,<br><br>   v.<br><br>HIAB USA INC., et al.,<br><br>      Defendants. | Case No. CV 19-08345-CJC (JPRx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE (DKT. 30)** |

///

///

///

///

The Court, having considered the Amended Stipulation of Dismissal With Prejudice submitted on behalf of Plaintiff Melvin Vasquez and Defendant Hiab USA Inc. (collectively, the "Parties") and good cause appearing, hereby **ORDERS** as follows:

    (1)    All claims in the above-captioned action are dismissed with prejudice;

    (2)    All unserved defendants are dismissed;

    (3)    Each party shall bear its own costs and attorney's fees; and

    (4)    The Court retains jurisdiction over this action for the purpose of enforcing the Parties' settlement agreement.

**IT IS SO ORDERED.**

DATED: January 13, 2021

HON. CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE